Opinion issued April 13, 2011



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00236-CV

———————————

In re Monica Wagner, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          By
petition for writ of mandamus, relator, Monica Wagner, seeks to compel the trial
court to “provide an understandable and reasonable specific explanation for why
it granted” the plaintiff’s motion for new trial in the underlying cause of
action on January 12, 2011.[1] 

          The
mandamus is denied.  All pending motions
are dismissed as moot.

PER CURIAM

 

Panel
consists of Justices Keyes, Sharp, and Massengale.

 











[1]
          The underlying cause is Ben Joe Wilson v. Monica Wagner, No.
09-CV-0148-56TH, in the 56th District Court of Galveston County, the Honorable
Lonnie Cox presiding.